IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DON A. WADE,<br><br>Plaintiff,<br><br>v.<br><br>HOUSEHOLD FINANCE CORPORATION III, WILMINGTON SAVINGS BANK FSB, and JACK O'BOYLE & ASSOCIATES,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:18-CV-570-RP |

**FINAL JUDGMENT**

On this date, the Court issued an order granting Defendants' motions to dismiss and dismissing all of Plaintiff's claims with prejudice. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on March 11, 2019.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE